UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELVIA STEEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STARBUCKS COFFEE COMPANY, et al.,<br><br>    Defendants. | No.  1:23-cv-00464-ADA-HBK<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT<br><br>(ECF No. 4) |

  Defendants Starbucks Coffee Company and Starbucks Corporation removed this action from Tulare County Superior Court on March 27, 2023, on original jurisdiction under 28 U.S.C. § 1332(a)(1).  (ECF No. 1.)  On April 19, 2023, Plaintiff filed a Motion to Remand, arguing Defendant's removal was improper.  (ECF No. 4.)  On May 3, 2023, Defendants filed a Notice of Non-opposition to Plaintiff's Motion to Remand.  (ECF No. 6.)

  Good cause appearing, the Court therefore directs this matter be remanded to the Tulare County Superior Court.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

 Dated: May 6, 2023                        
                       UNITED STATES DISTRICT JUDGE